MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

███████████████████████████████

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**September 12 2025**

Honorable  Clay H. Kaminsky
U.S. Magistrate Judge
Eastern District of New York
40 Foley Square Ave,
New York, New York 10007

> ***Re:*** ***Natosha Dunston v. Nomad Realty LLC et al***
> ***Civil Action No.:1:25-cv-03662-FB-CHK***
> ***Joint Notice of Settlement***

Dear Honorable Magistrate Judge Kaminsky,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's August 15, 2025 Scheduling Order, the parties are directed to participate in the initial conference scheduled for September 15, 2025 and file the ancillary filings therewith. Foremost however, the Plaintiff and Defendant wish to apprise Your Honor that the Parties just recently reached a Settlement in Principle and are now encapsulated in the process of preparing the requisite Settlement papers and agreements therewith.

Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a  Final Stipulation of Dismissal could be filed within the coming month, or at most, two months.

We thank you for the Court's time and attention to this matter.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only