UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-03662-FB-CHK**

**Natosha Dunston**,
    Plaintiff,

vs.

**Nomad Realty LLC**,
    Defendants.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, and Defendant Nomad Realty LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: October 17 2025

By: /s  Maria-Costanza Barducci
    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*

By: /s
    Robert N. Swetnick, Esq.
    Dunnington, Bartholow & Miller LLP
    230 Park Avenue
    Ste 21st Floor
    New York, NY 10169
    212-349-2800
    rswetnick@dunnington.com
    *Attorney for Nomad Realty LLC*

cc: Via CM/ECF